**Michael DRUMM, Plaintiff–Appellant,**

v.

**MORNINGSTAR, INC., Defendant–Appellee.**

No. 09–17572.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 18, 2011.

Filed Feb. 25, 2011.

William Gaus, Barbara Lynne Harris Chiang, Esquire, Dillingham & Murphy, LLP, San Francisco, CA, for Plaintiff–Appellant.

William R. Pokorny, Staci Ketay Rotman, Franczek Radelet P.C., Chicago, IL, Michael Wilbur, Cook & Roos, LLP, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER and THOMAS, Circuit Judges, and ADELMAN, District Judge.*

MEMORANDUM **

Michael Drumm appeals the district court's grant of summary judgment with respect to his discrimination claim on the basis of sexual orientation. Drumm, however, failed to establish a prima facie case of discrimination because he failed to show that "he was performing competently in the position he held." *Guz v. Bechtel Nat'l, Inc.*, 24 Cal.4th 317, 355, 100 Cal. Rptr.2d 352, 8 P.3d 1089 (2000). The evidence shows that Drumm acted unprofessionally in his relationship with two of his employer's major clients and that both clients expressed their discontent with

---

* The Honorable Lynn S. Adelman, District Judge for the United States District Court for the Eastern District of Wisconsin, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Drumm's performance. Drumm failed to submit specific facts that would create a genuine issue of material fact as to the quality of his performance or the reasons for his termination. Fed.R.Civ.P. 56(c).

**AFFIRMED.**